428 A.2d 673

Henning v. Teague.

Appeal of Richard C. Osterhout.

Submitted December 3, 1979. Richard C. Osterhout, in propria persona; Glenn D. Hains, for Henning, appellee.

* Justice Samuel J. Roberts of the Supreme Court of Pennsylvania, is sitting by designation.

Before SPAETH, CAVANAUGH and O'KICKI, JJ.*

Order affirmed.